Courtroom Minute Sheet
Sentencing Proceedings

FILED
JAN 1 6 2007
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

Date: 1/16/07     Case No. 1:05CR158 RWS

UNITED STATES OF AMERICA v. Terrance Lamont Fields

Judge R.W. Sippel  Court Reporter: S. White  Probation Officer S. Persinger

Plaintiff Attorney K. Sorrell  Defendant's Attorney(s) J. Rosanswank

✓ Defendant/Parties present for imposition of sentence.  Interpreter _____
✓ Objections to Presentence Report heard ~~and denied/granted as follows~~: & denied.

✓ Presentence Report adopted/accepted by the Court   as amended   ✓ PSR filed under seal
✓ Sentence Imposed - See Judgment.
*********************************************************************
✓ Defendant committed to BOP for a term of 188 mos as to Counts 1
to run concurrent/consecutive for aggregate term of ___ mos. Supervised release 3 years
as to Count(s) for an aggregate term of ___ -years supervised release. Standard conditions.
Special conditions 1) submit to testing, 2) part. drug abuse program, 3) search cond, 4) mental health programs - AOD, ADHD.

___ Count(s) _____ dismissed on Motion of AUSA

SA = $100.00
✓ Defendant remanded to custody of USMS.
___ Defendant granted a voluntary surrender to the institution/USMS for incarceration as notified by USMS. ___ Surrender date _____.

✓ Court makes the following recommendation to BOP close to N.E. Ark as possible. also screened for drug treatment.
*********************************************************************
___ Defendant is released on Probation pending processing by USMS.
Pl's exh. #1 - State Court record of violation
        #2 - "    "    Community service

Witnesses: _____

✓ Exhibits returned to and retained by counsel

Courtroom time: 10:15 am to 11:45 am