RECEIVED BY MAIL
JUN 15 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

Terrance Fields #07522-010
FCC Forrest City-Low
P.O. Box 9000
Forrest City, Arkansas  72336

June 10, 2020

CHAMBERS OF THE HONORABLE
Judge Rodney W. Sippel
555 Independance St.
Cape Girardeau, Missouri  63703

RE: U.S.A. v. Terrance Fields, No. 1:05CR00158-RWS, Request for Counsel and for Compassionate Release Reduction in Sentence.

Dear Judge Sippel:

The purpose of this letter is to seek the Appointment of Counsel and A Compassionate Reduction in my sentence in light of the National Emergency with the Covid-19 outbreak, and my serious medical condition.

I do not know how to perfectly file motions so I ask for Counsel to do so. In support of relief and the Appointment of counsel to assist me I can show the court the following:

1.   I filed a inmate Request to Staff on April 30, 2020, through the prison mailing system to the Warden at FCC Forrest City, DeWayne Hendrix. See Inmate Request Attached page 1. To this date the Warden has not responded.

Notwithstanding the Warden's failure to respond, Warden Hendrix issued a memo instructing inmates to NOT file request and every inmate was being considered for home detention on April 14, 2020.

2.   I have been diagnosed, with a highly contagious respiratory infection called Tuberculosis.

I have noticed that my medical issue in conjunction with the covid-19 disease makes me a high risk prisoner, that has supported granting relief by trhe Court in UNITED STATES V. ATWI, Case No. 18-20607, 2020 U.S.Dist.LEXIS 68282 (E.D.Michigan April 20, 2020).

3.   I am over the age of 60 years old and I have completed over 70% of my sentence. In this prison, I am housed in a dorm with over 156 inmates, with only 6 urinals, 6 towlets, and 12 showers and only 7 of them are operational. We have no room for Social distancing.

The Covid-19 outbreaks at this prison is in the top 3 in the entire Bureau of Prisons. I cannot protect my self or defend from contracting the virus, and the Prisons cannot control the spread. Just recently following a mass testing. A Covid-19 negative Unit became infected. See Attached pages 2-3.

4.  I am a elderly prisoner, and the Covid-19 pendemic has paralyzed the entire world, speading exponetially shutting down schools, jobs, professional sport seasons, and life was it was known. It may kill 200,00 people and infect millions more. At this point there is no approved cure, or vaccine to prevent it.

People with preexisting medical condictions like me face a high risk of dying or suffereing severe health effects should I contract the disease.

In Closing Honorable Judge Sippel, I am remorseful for the crimes I committed and pray that this Court would have compassion under these circumstances and GRANT me some relief, and reduce my sentence to home incarceration to be followed by Supervise release like the ATWI court or Appoint Counsel to give me the relief this Court deems proper under law.

Sincerely,

Terrance Fields #07522-010

cc;File

BP-S148.055 INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) DeWayne Hendrix, Warden | DATE: April 30, 2020 |
|---|---|
| FROM: Terrance Fields | REGISTER NO.: 07522-010 |
| WORK ASSIGNMENT: MB-Orderly | UNIT: M-B |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I would like for you to petition my Sentencing Court for a Compassionate Releases or a reduction in my sentence. My situation presents both a compelling and extraordinary circumstance to with: In light of the Covid-19 outbreak in this institution and the National Health Emergency, in addition to the fact that I have been exposed to Tuberculosis, which a serious medical condition, and I am over 60 years of age and completed over 70% of my sentence. I am incarcerated on a non-violent offense, and living in a dorm at this prison I cannot protect or defend myself against exposure to the disease.

I have a home plan and possible job in my file and in case I am released. I will provide the additional information if or when I am interviewed.

Thank you for your consideration and hope to hear from you soon!

(Do not write below this line)

DISPOSITION:

Signature Staff Member                     Date

Record Copy - File; Copy - Inmate          This form replaces BP-148.070 dated Oct 86
(This form may be replicated via WP)       and BP-S148.070 APR 94



U.S. Department of Justice

Federal Bureau of Prisons

*Federal Correctional Complex*

May 29, 2020

MEMORANDUM FOR ALL LOW COMPONENT INMATES

FROM:       DeWayne Hendrix, Complex Warden

SUBJECT:    Update: Asymptomatic Inmate COVID-19 Testing

Thanks for your continued patience and cooperation as we manage the COVID-19 pandemic.

**Asymptomatic Inmate COVID-19 Testing**

As each of you are aware the following pods have been designated as asymptomatic positive and asymptomatic negative pods after the Center for Disease Control and Prevention (CDC) and our facility conducted mass asymptomatic COVID-19 testing for inmates from May 12-15, 2020.

**Asymptomatic Positive Pods**

Wynne Alpha, Wynne Bravo, and Wynne Delta

**Asymptomatic Negative Pods**

Helena Alpha, Helena Bravo, Helena Charlie, Helena Delta, Marianna Alpha, Marianna Bravo, and Marianna Charlie.

Yesterday an inmate from Wynne Charlie became symptomatic and was tested for COVID-19. As a result this morning the health services staff conducted cluster testing of inmates in Wynne Charlie that were housed near that inmate and out of the eleven tested, seven tested positive. The positive inmates will be housed in Vo-Tech, and the negative inmates will be housed in the Visiting Room.

As a result of the high rate of inmates who tested positive this morning, we will re-test the remainder of Wynne Charlie through an outside lab. The specimens will be collected today, and Wynne Charlie will now be designated as an isolation pod until we receive the results of all inmates.

Additionally, earlier this morning an inmate from Marianna Alpha pod became symptomatic and was tested positive for COVID-19. The positive inmate will be housed in Vo-Tech.

As a result we will re-test the remainder of Marianna Alpha through an outside lab. The specimens will be collected Monday, June 1, 2020, and Marianna Alpha will now be designated as an isolation pod until we receive the results of all inmates.

I want to also reiterate the importance of wearing the face coverings issued to you. As we continue mitigate the spread of COVID-19, we will take the necessary administrative measures when any inmate are not adhering to these requirements.

As I stated in my memorandum to each of you on May 18, 2020, we will continue to conduct enhanced medical screenings daily to include temperature checks and any inmate who becomes symptomatic will be taken off the units, tested and placed in the appropriate isolation area pending the final results of their test.

Again, I realize this is a challenging situation, which is not optimal and/or perfect. However, the ultimate objective is to minimize the opportunity for COVID-19 exposure and infection within our facility. I appreciate each of your perseverance.

**Together** we will get through this!

Mr. Tellance Fields #87522-010
P.O. Box 9000 (Low)
Fed.-Low
Forrest City, AR. 72336

RECEIVED BY MAIL
JUN 15 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

Chambers of the Honorable
Judge Rodney W. Sipple
555 Independence St.
Cape Girardeau, MO. 63703

63703-623555