IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  1:05CR00158 RWS |
| | ) | |
| TERRANCE LAMONT FIELDS, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO WITHDRAW AND NOTICE OF INTENT NOT TO REPRESENT
DEFENDANT ON A PETITION FOR COMPASSIONATE RELEASE IN RELATION
TO COVID-19 IN ACCORDANCE WITH SECTION 603(b) OF THE FIRST STEP ACT
OF 2018 AND 18 U.S.C. §3582**

Jennifer L. Booth, the undersigned counsel, hereby notifies this Court, pursuant to a

previous order by this Court dated April 1, 2020, that the Office of the Federal Defender for the

Eastern District of Missouri has reviewed pertinent documents and information[1] relating to Mr.

Field's pro-se motion for compassionate release per the First Step Act of 2018 and applicable

statutes.  Counsel will not be filing a supplemental petition for Mr. Fields.  Counsel has not

discovered any additional information that meets the current criteria for release eligibility to

supplement the information and argument for release already contained in Mr. Field's pro-se

filing.  There is nothing counsel can add in a supplemental filing above and beyond what Mr.

Field's has already included in his pro-se petition.

---

[1] Counsel has reviewed Mr. Field's Bureau of Prisons (BOP) records (including his presentence
investigation report, medical, education, discipline, progress, sentence data and PATTERN score
reports) as well as information from the Centers for Disease Control (CDC) regarding which
health conditions render certain individuals vulnerable to serious consequences from COVID-19
infection.  Counsel has also reviewed Mr. Field's pro-se petition in light of current case law.

By way of a letter deposited in the U.S. Mail today, Mr. Field's has been notified the Office of the Federal Defender will not be filing a motion on his behalf to supplement his pro-se motion to the Court.  An order permitting undersigned counsel to withdraw is sought.

Respectfully submitted,

/s/Jennifer L. Booth
Jennifer L. Booth
Assistant Federal Public Defender
325 Broadway, 2nd Floor
Cape Girardeau, Missouri 63701
Telephone: (573) 339-0242
Fax: (573) 339-0305
E-mail: Jennifer_Booth@fd.org

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2020, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all attorneys of record.

/s/Jennifer L. Booth
Jennifer L. Booth